RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Christopher McDermott

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>CHRISTOPHER MCDERMOTT,<br><br>   Defendant. | Case No. 2:15-cr-222-RFB<br><br>**STIPULATION TO CONTINUE SENTENCING DATE**<br>(Second Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Christopher McDermott, that the sentencing hearing currently scheduled for January 6, 2016 at the hour of 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

  This Stipulation is entered into for the following reasons:

  1. Additional time is needed to review the presentence investigation with Mr. McDermott ~~Cabrera-Reyes~~. Defense counsel also requires additional time to conduct sentencing mitigation and file a sentencing memorandum.

  2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to complete her mitigation for sentencing purposes.

This is the second request to continue the sentencing date filed herein.

DATED this 11th day of December, 2015

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Susan Cushman*<br>By_____<br>SUSAN CUSHMAN<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER MCDERMOTT,<br><br>Defendant. | Case No. 2:15-cr-222-RFB<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Additional time is needed to review the presentence investigation with Mr. McDermott ~~Cabrera-Reyes~~. Defense counsel also requires additional time to conduct sentencing mitigation and file a sentencing memorandum.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to complete her mitigation for sentencing purposes

3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER MCDERMOTT,<br><br>　　　　Defendant. | Case No. 2:15-cr-222-RFB<br><br>**ORDER** |

　　Based on the pending Stipulation of counsel, and good cause appearing,

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, January 6, 2016 at the hour of 10:00 a.m, be vacated and continued to **2/08/2016** at the hour of **1:30** **p**.m.

　　DATED this **14th** day of December, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE