RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Christopher Lee McDermott

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRISTOPHER LEE MCDERMOTT,<br><br>        Defendant. | Case No. 2:15-CR-222-RFB<br><br>**UNOPPOSED MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS TO PERMIT TRAVEL**<br><br>**(Expedited Treatment Requested)** |

Comes now the defendant, Christopher Lee McDermott, by and through his counsel of record, Raquel Lazo, Assistant Federal Public Defender, and hereby files this Unopposed Motion to Modify Conditions to Permit Travel. This request is based on the Points and Authorities attached hereto.

DATED this 15th day of March, 2016.

                                                     RENE L. VALLADARES
                                                     Federal Public Defender

                                      By:  */s/ Raquel Lazo*
                                                     RAQUEL LAZO
                                                     Assistant Federal Public Defender
                                                     Attorney for Christopher Lee McDermott

## MEMORANDUM OF POINTS AND AUTHORITIES

1. This court has previously modified Mr. McDermott's conditions of release to permit him to take his children to certain extracurricular and/or social functions. See Orders (# 17, 26). Mr. McDermott has taken his children to these functions in full compliance with the time and travel restrictions set by pretrial services.

2. The parties request that Mr. McDermott's conditions be modified to permit him to take his children to Disneyland on March 22, 2016 until March 25, 2016 for spring break.

3. The government has no opposition. Pretrial Services Officer Barlow also has no opposition.

DATED this 15th day of March, 2016.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Raquel Lazo*
RAQUEL LAZO
Assistant Federal Public Defender
Attorney for Christopher Lee McDermott

**ORDER:**

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: March 18, 2016.

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CHRISTOPHER LEE MCDERMOTT,<br><br>        Defendant. | Case No. 2:15-CR-222-RFB<br><br>**PROPOSED ORDER** |

      IT IS HEREBY ORDERED that Defendant Christopher Lee McDermott, is permitted to take his children to school and to any social functions or extracurricular activities as deemed appropriate by pretrial services.

      DATED this _____ day of March, 2016.

                                         RENE L. VALLADARES<br>
                                         Federal Public Defender

                            By:   */s/ Raquel Lazo*<br>
                                         RAQUEL LAZO<br>
                                         Assistant Federal Public Defender<br>
                                         Attorney for Christopher Lee McDermott

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on March 15, 2016, he served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS** (Expedited Treatment Requested) by electronic service (ECF) to the person named below:

>DANIEL G. BOGDEN
>United States Attorney
>SUSAN CUSHMAN
>Assistant United States Attorney
>333 Las Vegas Blvd. So. 5th Floor
>Las Vegas, NV 89101

>*/s/ Brandon Thomas*
>Employee of the Federal Public Defender